IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RONALD W. WALDEN, JR.,

    Plaintiff,                                    Civil Action No:   3:22-cv-00378-JAG

    v.

SOUTHPARK MALL CMBS, LLC,
a Delaware Limited Liability Company,

MACY'S RETAIL HOLDINGS, LLC,
an Ohio Limited Liability Company,

and

SOUTHPARK MALL-DSG, LLC,
a Virginia Limited Liability Company,

    Defendants.

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE Plaintiff Ronald W. Walden, Jr., and Defendants Southpark Mall CMBS, LLC, Southpark Mall-DSG, LLC, and Macy's Retail Holdings, LLC (together, "Parties") have reached an agreement regarding all substantive issues in dispute in this matter, including attorneys' fees and costs. The parties are currently reducing their agreement to writing. The parties anticipate filing a notice of dismissal within fourteen (14) days once all parties execute the agreement. The parties request that the Court adjourn all upcoming hearings and deadlines pending filing a notice of dismissal.

                                                            **Ronald W. Walden, Jr.**

                                      By: */s/ Deborah C. Waters*
                                              Deborah C. Waters, Esquire
                                              Virginia State Bar # 28913

        L. Clayton Magee, Esquire
        Virginia State Bar # 95399
        Waters Law Firm, P.C.
        Town Point Center Building, Suite 600
        150 Boush Street
        Norfolk, VA 23510
        Telephone: (757) 446-1434
        Facsimile: (757) 446-1438
        dwaters@waterslawva.com
        cmagee@waterslawva.com
        *Counsel for Plaintiff*

        **Southpark Mall CMBS, LLC**
        **Southpark Mall-DSG, LLC**
        **Macy's Retail Holdings, LLC**

By: */s/ Brian G. Muse*
        Brian G. Muse, Esquire
        Virginia State Bar # 47218
        Robyn H. Hansen, Esquire
        Virginia State Bar # 23134
        SANDS ANDERSON PC
        263 McLaws Circle, Suite 205
        Williamsburg, VA 23185
        Telephone: (757) 208-0301
        Facsimile: (757) 378-5409
        bmuse@sandsanderson.com
        rhansen@sandsanderson.com

        *Counsel for Defendants*

*Ronald W. Walden, Jr., v. Southpark Mall Cmbs, LLC. et.al.*
Notice of Settlement
*USDC for the Eastern District of Virginia 3:22-cv-00378-JAG*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of September 2022, I have filed the foregoing document via the Court's CM/ECF system, which will make electronic service on the following:

Brian G. Muse, Esquire
Robyn H. Hansen, Esquire
SANDS ANDERSON PC
263 McLaws Circle, Suite 205
Williamsburg, VA 23185

              By: */s/ Deborah C. Waters*
                 Deborah C. Waters, Esquire
                 Virginia State Bar # 28913
                 dwaters@waterslawva.com
                 Waters Law Firm, P.C.
                 Town Point Center Building, Suite 600
                 150 Boush Street
                 Norfolk, VA 23510
                 Telephone: (757) 446-1434
                 Facsimile: (757) 446-1438
                 *Counsel for Plaintiff*

*Ronald W. Walden, Jr., v. Southpark Mall Cmbs, LLC. et.al.*
Notice of Settlement
*USDC for the Eastern District of Virginia 3:22-cv-00378-JAG*