IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**RONALD W. WALDEN, JR.,**

    Plaintiff,                                          Civil Action No:   3:22-cv-00378-JAG

    v.

**SOUTHPARK MALL CMBS, LLC,**
a Delaware Limited Liability Company,

**MACY'S RETAIL HOLDINGS, LLC,**
an Ohio Limited Liability Company,

**and**

**SOUTHPARK MALL-DSG, LLC,**
a Virginia Limited Liability Company,

    Defendants.

## STIPULATION OF SETTLEMENT

PLEASE TAKE NOTICE Plaintiff Ronald W. Walden, Jr. and Defendants Southpark Mall CMBS, LLC, Southpark Mall-DSG, LLC, and Macy's Retail Holdings, LLC (together, "Parties") reached an agreement regarding all disputed issues in the case, including attorneys' fees and expenses, as evidenced by the Agreed Order of Dismissal endorsed by all parties, and attached to this Stipulation as **Exhibit A**.  Accordingly, the parties request that the Court enter the attached order and remove this action from the Court's docket.

**Ronald W. Walden, Jr.**


By: /s/ *Deborah C. Waters*
Deborah C. Waters, Esquire
Virginia State Bar # 28913
Waters Law Firm, P.C.
Town Point Center Building, Suite 600
150 Boush Street
Norfolk, VA 23510
Telephone: (757) 446-1434
Facsimile: (757) 446-1438
dwaters@waterslawva.com

*Counsel for Plaintiff*


**Southpark Mall CMBS, LLC**
**Southpark Mall-DSG, LLC**
**Macy's Retail Holdings, LLC**


By: /s/ *Brian G. Muse*
Brian G. Muse, Esquire
Virginia State Bar # 47218
Robyn H. Hansen, Esquire
Virginia State Bar # 23134
SANDS ANDERSON PC
263 McLaws Circle, Suite 205
Williamsburg, VA 23185
Telephone: (757) 208-0301
Facsimile: (757) 378-5409
bmuse@sandsanderson.com
rhansen@sandsanderson.com

*Counsel for Defendants*


**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of October 2022, I filed the foregoing Stipulation of Dismissal via the Court's CM/ECF system, which will make electronic service on the following:

Brian G. Muse, Esquire
Robyn H. Hansen, Esquire
SANDS ANDERSON PC
263 McLaws Circle, Suite 205
Williamsburg, VA 23185

By: /s/ Deborah C. Waters
    Deborah C. Waters, Esquire
    Virginia State Bar # 28913
    Waters Law Firm, P.C.
    Town Point Center Building, Suite 600
    150 Boush Street
    Norfolk, VA 23510
    Telephone: (757) 446-1434
    Facsimile: (757) 446-1438
    dwaters@waterslawva.com

    *Counsel for Plaintiff*