IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RONALD W. WALDEN, JR.,

    Plaintiff,

v.

Civil Action No: 3:22-cv-00378-JAG

SOUTHPARK MALL CMBS, LLC,
a Delaware Limited Liability Company,

MACY'S RETAIL HOLDINGS, LLC,
an Ohio Limited Liability Company,

and

SOUTHPARK MALL-DSG, LLC,
a Virginia Limited Liability Company,

    Defendants.

### AGREED DISMISSAL ORDER

Plaintiff Ronald W. Walden Jr. and Defendants Southpark Mall CMBS, LLC, Southpark Mall-DSG, LLC, and Macy's Retail Holdings, LLC (together, "Parties") represented to the Court the Parties entered into a settlement agreement and thereby resolved all claims in this matter, including attorneys' fees and costs.

It appearing to the Court that the Parties resolved their differences in full, it is hereby ORDERED that this matter be and is DISMISSED WITH PREJUDICE and removed from the docket of this Court.

/s/ _____
John A. Gibney, Jr.
Senior United States District Judge

ENTERED: 18 October 2022